Opinion filed May 13, 2010



In The

# Eleventh Court of Appeals

_____

No. 11-10-00078-CV

_____

## CAROL JOHNENE MORRIS, Appellant
## V.
## STATE OF TEXAS, Appellee

**On Appeal from the 238th District Court**
**Midland County, Texas**
**Trial Court Cause No. CV46715**

### M E M O R A N D U M   O P I N I O N

On March 24, 2010, Carol Johnene Morris filed a notice of restricted appeal in this court. On that same date, the clerk of this court wrote Morris and notified her that her notice of restricted appeal appeared to be untimely under TEX. R. APP. P. 26.1(c) because it was filed more than seven months after the date of the judgment. We requested that Morris respond on or before April 12, 2010, and provide proof of a timely filed notice of appeal. We also notified Morris that this appeal could be dismissed pursuant to TEX. R. APP. P. 42.3 if she failed to provide such proof. We have received no response to our March 24 letter. Accordingly, we dismiss this appeal pursuant to Rule 42.3.

The appeal is dismissed.

PER CURIAM

May 13, 2010

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.